In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11885

_____

RAISSA DJUISSI KENGNE,

Plaintiff-Appellant,

*versus*

AGSOUTH FARM CREDIT, ACA,
AGFIRST FARM CREDIT BANK,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:22-cv-02263-SEG

_____

Before JORDAN and JILL PRYOR, Circuit Judges.

2                          Order of the Court                    24-11885

BY THE COURT:

This appeal is DISMISSED in part, *sua sponte*, for lack of jurisdiction. Raissa Kengne, a state prisoner proceeding *pro se*, appeals from the October 27, 2022 final order and judgment and the April 11, 2024 order denying as moot her request for an extension of time. To appeal the judgment, the statutory time limit required her to file her notice of appeal on or before November 28, 2022, the Monday following 30 days from the entry of judgment on October 27, 2022. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), 26(a)(1)(C). However, she did not file her notice of appeal until May 1, 2024, and thus, it is untimely and cannot invoke our jurisdiction as to the judgment. *See* Fed. R. App. P. 4(c)(1); *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014); *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

Nonetheless, Kengne's notice of appeal is timely to appeal from the district court's April 11, 2024 post-judgment order. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). Accordingly, the appeal may proceed as to only that order.

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.